OFFICE OF DISCIPLINARY COUNSEL *v.* BALDWIN.

[Cite as *Disciplinary Counsel v. Baldwin* (1996), 74 Ohio St.3d 592.]

(No. 95–2529—Submitted January 24, 1996—Decided February 28, 1996.)

*Geoffrey Stern,* Disciplinary Counsel, and *Harald F. Craig III,* Assistant Disciplinary Counsel, for relator.

*Frank J. Micheli,* for respondent.

*Per Curiam.* We agree with the board's findings and recommendation. Accordingly, respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

Moyer, C.J., Douglas, Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.